**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)**

| | | |
|---|---|---|
| **KIMBERLY HARSMAN, et al.,** | : | Case No. 1:21-cv-00597-TSB |
| | : | |
| **Plaintiffs,** | : | (Judge Timothy S. Black) |
| | : | |
| v. | : | |
| | : | **NOTICE OF FILING OF** |
| **CINCINNATI CHILDREN'S HOSPITAL** | : | **AFFIDAVITS IN SUPPORT OF** |
| **MEDICAL CENTER, et al.,** | : | **INJUNCTIVE RELIEF** |
| | : | |
| **Defendants.** | | |

The attached affidavits are filed in support of injunctive relief.

Respectfully submitted,

/s/Glenn Feagan_____
Glenn Feagan (#0041520)
Deters Law II
5247 Madison Pike
Independence, KY 41051
(859) 363-1900
gfeagan@feaganlaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on September 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/Glenn Feagan_____
Glenn Feagan