# AFFIDAVITS OF UNIVERSITY OF CINCINNATI MEDICAL CENTER EMPLOYEES

## AFFIDAVIT OF RON GERDES
## UNIVERSITY OF CINCINNATI MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at UC Health in a staff and charge RN capacity.

2. On August 20, 2021, I had a conversation with an ER supervisor. I was told that our senior leadership rounded in the ER and made the statement that they are not concerned with the emergency department staffing numbers simply because UC is an "academic institution."

3. I am generally forced to close down large portions of the area I work in simply because we do not have adequate staff to safely care for all the folks coming in. Right now, an 8-12 hour wait is not uncommon. On 9/13, UC Health ER, Mercy West ER, and The Christ Hospital ER, were all "at capacity" for several hours through the night. These facilities were all diverting their squads to other hospitals because they were considered full. UC had over 30 in the waiting room with a 14-hour wait. There were over 30 in patient holds that were admitted but no available beds in the hospital. We were working a level 1 trauma center out of about 9 active ER beds. The trauma bay was over capacity, and we had to close 20 beds at 11pm because we did not have adequate staff to safely care for the patients. UC still accepted walk in's, Traumas, Burns, and Neuro. This is standard practice as UC is the only regional Trauma center

4. In August, we had 2 patients die after significant waiting room times. One was a 37-year-old male that died in the hallway and another was a 47-year-old female that died after a 2 hour wait. Both of these fatalities are potentially from blood clot related PEs.

5. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

6. I Have been in the Medical field for 15 years. I have an exemplary track record through multiple area hospitals and have never had a reprimand or any other performance or disciplinary concern. I have always done what is best for the patient and respected their rights; weather its personal, medical, or religious, through all levels of care, medications, vaccinations, or procedures. I have always been an advocate for the patient at all times and will continue to do so. I am very good at what I do and am very confidant that I have participated in saving hundreds of lives in my career, or I have promoted a dignified death for individuals where life saving effort was futile. I am not a "hero", I am a Emergency RN. It is my job. It is what I do. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

RON GERDES

NOTARY

Sworn to and subscribed before me, by Ron Gerdes this 16 day of September 2021.

Loretta Little
Notary Public
My Comm. Exp. 12-5-23
Kenton County
State of Kentucky

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

## AFFIDAVIT OF BRYAN HAGERMAN
## UC HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed by UC Health.

2. I do chart reviews every day and witness nurses acting outside their scope of practice.

3. I see physicians doing whatever they want because it is an academic health center.

4. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

5. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
BRYAN HAGERMAN

### NOTARY

Sworn to and subscribed before me, by Bryan Hagerman this 23 day of September 2021.

_____
Notary Public
My Comm. Exp. 03/12/2023

Butler County

State of Ohio



Austin Bland
Notary Public
In and For the State of Ohio
Recorded in Butler County
My Commission Expires
12 March 2023

...

## AFFIDAVIT OF SUSAN KUERZE
## UNIVERSITY OF CINCINNATI MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at University of Cincinnati Medical Center as a flight RN of Air Care.

2. I have been employed at University of Cincinnati Medical Center for 25 years.

3. I contacted my rheumatologist (a UC health physician that I have a good relationship with) to get an exemption and was denied.

4. I have psoriatic arthritis and am on my 4th biologic medication, Xeljanx.

5. I am currently experiencing a flair in inflammation, was placed on steroids, and will likely have to try a different and 5th biologic medication.

6. I had COVID in November 2020 and have antibodies.

7. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

8. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
SUSAN KUERZE, RN

NOTARY

Sworn to and subscribed before me, by _Susan Kuerze_ this _8_ day of _September_ 2021.

NIKOLE R. PICKLESIMER
Notary Public, State of Ohio
My Commission Expires 06-18-2024

_____
Notary Public
My Comm. Exp. _6/18/24_
_Hamilton_ County
State of _Ohio_

# AFFIDAVIT OF SUNNI MILLER
## UNIVERSITY OF CINCINNATI MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed by University of Cincinnati Medical Center as a RN.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. If my Religious Exemption were to be declined and I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
SUNNI MILLER, RN

**NOTARY**

Sworn to and subscribed before me, by Sunni Miller this 18 day of Sept 2021.

_____
Notary Public
My Comm. Exp. 7-28-25
Clermont County
State of Ohio

LEANNE PARLIER
Notary Public, State of Ohio
My Commission Expires
July 28, 2025
COMMISSION: 2020-RE-817713

## AFFIDAVIT OF CONSTANCE SHEPARD
## UNIVERSITY OF CINCINNATI MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at UC Health as a Pharmacy Technician.

2. I am in jeopardy of losing my job because I do not feel comfortable getting the COVID-19 vaccine.

3. I have a history of asthma, Meniere's disease and Raynaud's Phenomenon.

4. According to the information provided by the CDC, I am at a higher risk of death and complications if I take the vaccine.

5. I am on steroids quite frequently for my asthma.

6. I have a history of allergic reactions to vaccines.

7. I have a family member who received the Johnson and Johnson vaccine and has to be on blood thinners for the rest of her life due to complications from the vaccine.

8. I do not feel safe taking a vaccine with horrific side effects.

9. I do not feel safe taking a vaccine that is not approved by the FDA.

10. I do not want to get injected with the covid vaccination and I do not want to be forced with this ultimatum.

11. If I do not get the vaccinations by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
CONSTANCE SHEPARD

**NOTARY**

Sworn to and subscribed before me, by Constance Shepard this 10 day of September 2021.

STEPHANIE MOORE
Notary Public
State of Ohio
My Comm. Expires
May 3, 2025

Notary Public
My Comm. Exp. May 03, 2025
Clermont County
State of Ohio

## AFFIDAVIT OF KELLEE YELTON
## UC HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a patient at St. Elizabeth and employed as contractor for UC Health.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 vaccine.

3. I have multiple health issues, as I am diabetic, asthmatic, stomach issues and suffer from anxiety.

4. I was denied a medical exemption by my primary care physician, Dr. Joseph Hartig, a St. Elizabeth physician. He is aware of my health conditions.

5. Dr. Hartig sent me a message stating, "Sorry Kellee. I am prohibited from doing this exemption."

6. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

7. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
KELLEE YELTON

**NOTARY**

Sworn to and subscribed before me, by Kellee Yelton this 3 day of September 2021.

_____
Notary Public

My Comm. Exp. 12-5-23

Kenton County

State of Kentucky

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023