# AFFIDAVITS OF CINCINNATI CHILDREN'S HOSPITAL MEDICAL CENTER EMPLOYEES

## CINCINNATI CHILDRENS

## AFFIDAVIT OF CASEY BERLING

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been a nurse a Cincinnati Childrens Hospital Medical Center for almost 6 years, and have been a charge nurse for the last 3 years.

2. I have given my all for CCHMC, by attending classes to better myself/children's, gained multiple certifications, and have come in for overtime and extra work education too many times to count. I am a part of many committees and projects.

3. My healthcare facility won't honor my right with informed consent, to ultimately do what is best for me, to take care of these patients.

4. I have autoimmune diseases.

5. I shouldn't have to provide religious or medical exemption to prove my nursing judgment or abilities.

6. I do not want to be injected with the covid vaccination.

7. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
CASEY BERLING

### NOTARY

Sworn to and subscribed before me, by _Casey Berling_ this _9_ day of _September_ 2021.

_____
Notary Public
My Comm. Exp. _12-5-23_

## AFFIDAVIT OF NATALIE CUNNINGHAM
## CINCINNATI CHILDREN'S MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently an employee of Cincinnati Children's Hospital Medical Center ("CCHMC").

2. I have been an employee of CCHMC since July 2005.

3. I work as an Environmental Coordinator in the Emergency Department.

4. On CCHMC's religious exemption form, the first question is – "have you used religious declination for flu, 2020 and prior?" This should not matter.

5. It is your belief system and not for them to question.

6. I witnessed a manager at the CCHMC vaccine mandate protest, trying to identify the protestors.

7. I have been told that is a respiratory therapist in the Liberty Emergency Department that has been accused of sexual harassment by using the social medial app called snap chat. Nothing has been done about this.

8. Around 2019, there was a "lunch and learn meeting" that I attended. Dr. Conard told me that 80% of children who are gender dysphoric are on the autism spectrum.

9. I do not agree with CCHMC performing transgender hormone treatment on children that I was told have an 80% rate of being autistic. These are children as young as 8 years old.

10. I do not want to be injected with the covid vaccination.

11. I was approved for a religious exemption "for now", but I would have been terminated by my employer's deadline if it was not approved.

12. I do not agree with needing an exemption for the covid vaccine in order to keep my employment, and I should hot have been forced to do this.

Further, Affiant Sayeth Naught.

*Natalee Cunningham*
NATALIE CUNNINGHAM

### NOTARY

Sworn to and subscribed before me, by *Natalie Cunningham* this *9* day of *September* 2021.

*Louetta Little*
Notary Public
My Comm. Exp. *12-5-23*

*Kenton* County

State of *Kentucky*

## CINCINNATI CHILDRENS

## AFFIDAVIT OF ASHLEY FRANTZ

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Cincinnati Childrens Hospital Medical Center.

2. CCHMC has required those who live with a Covid positive person in their homes to still come to work.

3. If you have a positive Covid test you are able to be paid for 10 days at 100% through the Hartford.

4. I have already had Covid and have natural immunity.

5. I came down with Covid on a Monday and was tested at a CCHMC facility. Test results did not come back until Tuesday. I was told that I had to use PTO for that Monday because my test results did not come back the day I was tested, but was made to stay home per CCHMC policy while waiting test results.

6. The policy changed from suspended without pay AND using PTO, to just suspended without pay.

7. I do not want to be injected with the covid vaccination.

8. If I do not get the vaccination by the October 1, 2021 deadline, I will be "suspended without pay" until November 8th, at which point my employment will be "separated."

Further, Affiant Sayeth Naught.

_____
ASHLEY FRANTZ

## NOTARY

Sworn to and subscribed before me, by _Ashley Frantz_ this _8th_ day of _September_ 2021.

JORDAN BODNAR
NOTARY PUBLIC
STATE OF OHIO
Comm Expires
07-23-2025

_____
Notary Public
My Comm. Exp. 07-25-2025

Warren County

State of Ohio



JORDAN BODNAR
NOTARY PUBLIC
STATE OF OHIO
Comm Expires
07-23-2025

## CINCINNATI CHILDRENS

## AFFIDAVIT OF SHANNON FREY

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee at Cincinnati Childrens Hospital Medical Center.

2. I am a nurse in the Cleft and Craniofacial clinic.

3. The other doctors on the floor don't miss an opportunity to discuss how we should be fired immediately and should be ashamed of ourselves because some of our kids are medically fragile.

4. The work environment is poor at Cincinnati Childrens. Unvaccinated employees must sneak around to try and make connections to others like us so that we know we are not alone.

5. I do not want to be injected with the covid vaccination.

6. I am in fear of retaliation for seeking help, however, I am ultimately going to lose my job after the October 1, 2021 covid vaccination deadline.

7. I am concerned that Cincinnati Childrens will make up ways to fire me if the Covid vaccine mandate is cancelled. I have seen examples of this my entire career.

8. I have heard rumors if we don't comply by October 1, 2021, we will be suspended without pay for 2 weeks to give us time to think and comply. If at the end of those 2 weeks we still don't comply, we will be fired.
-FAQs provided by CCHMC states- Employees who do not comply will be suspended without pay after October 1, 2021 and if they still have not complied by November 8, 2021 then they will be fired but they are eligible for rehire once they have completed the mandate of COVID vaccination.

Further, Affiant Sayeth Naught.

SHANNON FREY

NOTARY

Sworn to and subscribed before me, by _Shannon Frey_ this _8_ day of _September_ 2021.

MARGARET A. KELLEY
Notary Public, State of Ohio
My Commission Expires 04-21-2024

Notary Public
My Comm. Exp. _4-21-24_

_Hamilton_ County
State of _Ohio_

CINCINNATI CHILDREN'S

## AFFIDAVIT OF KIMBERLY HARSMAN

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee at Cincinnati Children's Hospital Medical Center.

2. I do not want to be injected with the Covid vaccination. I have worked through the entire pandemic where the virus "ran its course" through my department and to my knowledge, I have never contracted the virus even though I am said to be at high risk to do so due to my underlying health conditions. Why would I then want to take an experimental vaccine with known and unknown side effects when, that I know of, I have yet to contract the virus and even if I would, I have an extremely high chance of survival?

3. Due to my medical history, I am at an increased risk for stroke. The Covid vaccine has been shown to cause clotting complications (stroke/heart attack) so again, why would I want to take this vaccine?

4. Attempts to try to schedule an appointment or have a phone conversation with my primary care physician to even discuss my situation and obtain a medical exemption have been unsuccessful. Not only was I denied the medical exemption but I was denied the right to have an open dialogue with my primary care physician to have all of my concerns addressed in regards to my risk vs benefit of taking the vaccine. Therefore I do not believe I can truly give an informed consent to the vaccine.

5. I have had to endure meetings within my department where my boss has asked those of us in leadership if "we have heard of anyone in the department who is saying they are not getting vaccinated so they know who they are going to need to replace". I will add they are running "compliance" reports daily so my boss is well aware that I am not vaccinated so I get the "stare down" during the duration of these conversations to the point that others in the room notice and also look in my direction (intimidation factor).

6. If I am not fully vaccinated by the October 1, 2021, I will be suspended without pay and given a short period of time to become fully vaccinated or I will be terminated from my position.

Further, Affiant Sayeth Naught.

*Kimberly Harsman*
KIMBERLY HARSMAN

NOTARY

Sworn to and subscribed before me, by Kimberly Harsman this 6th day of Sept. 2021.

Notary Public

BRANDIE ASHCRAFT
Notary Public, State of Ohio
My Commission Expires 04-18-2022

# CINCINNATI CHILDRENS
# AFFIDAVIT OF AMANDA JONES

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Cincinnati Childrens Hospital Medical Center.

2. I was with a physician I work with on August 11, 2021 at Cincinnati Children's. One of the grandmothers of a patient asked his opinion on the vaccine. He said, "Every one of us at this institution fully supports and encourages the vaccination of children who are of age to receive it." He went on to say that the statistics and science are clear. He told her that the risk of getting covid and dying is worse than any minimal risk associated with the vaccine.

3. This family member told this physician that her son has reacted to every single vax he has ever had and the pediatrician had him on an alternate schedule to which he said, "The risk of him reacting to this one is much lower." How can you look a parent in the face and even say that? You DON'T KNOW THAT!

4. I am sick to my stomach that I work with people who can actually tell someone this is safe when our job is to DO NO HARM!

5. He told her that the only reason that the FDA had not approved it, when she challenged him on that, was due to logistics regarding storage and it had nothing to do with trials.

6. I do not want to be injected with the covid vaccination.

7. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Amanda Jones_
AMANDA JONES

## NOTARY

Sworn to and subscribed before me, by Amanda Jones this 7th day of September 2021.

_Michelle Wurster Williams_
Notary Public
My Comm. Exp. July 18, 2023

Hamilton County
State of Ohio

## CINCINNATI CHILDRENS

## AFFIDAVIT OF ALLISON MACK

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a Nurse Practitioner at Cincinnati Childrens Hospital Medical Center.
2. I have been an employee at Cincinnati Childrens for 11 years.
3. The employees are being mandated to take this experimental vaccine with no regard to personal belief, natural immunity, or lack of consent.
4. I have worked in person throughout the entire pandemic.
5. There is blatant lying and false information passed around daily.
6. There is an environment of bullying and harassment at Cincinnati Childrens regarding the vaccinate mandates.
7. I do not want to be injected with the covid vaccination.
8. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.
9. I received my religious exemption approval on 8/31/21.

Further, Affiant Sayeth Naught.

_____
ALLISON MACK

### NOTARY

Sworn to and subscribed before me, by Allison Mack this 9th day of Sept 2021.

## CINCINNATI CHILDRENS
## AFFIDAVIT OF TRACY MALLERY

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee at Cincinnati Childrens Hospital Medical Center.
2. I do not want to be injected with the covid vaccination.
3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.
4. Form you sign for the vaccine says, "I volunteered to take this shot'. When I am being mandated to take the vaccine against my will.
5. I work from home except for one day a month.
6. Cincinnati Childrens is not giving us enough time to think about this. Deadline is October 1, 2021. It takes 28 days to get fully vaccinated.
7. I am in fear of retaliation for seeking help, however, I am ultimately going to lose my job after the October 1, 2021 covid vaccination deadline.

Further, Affiant Sayeth Naught.

_Tracy Mallery, RMA_
TRACY MALLERY

### NOTARY

Sworn to and subscribed before me, by _Tracy Mallery_ this _16th_ day of _Sept_ 2021.

_Heather_
Notary Public
My Comm. Exp. _02-01-2025_
_Campbell_ County
State of _Kentucky_

[Notary seal: HEATHER TERRY, NOTARY PUBLIC, Notary ID # 594__, STATE AT LARGE, KENTUCKY, Commission Expires 02-01-2025]

_____
Notary Public
My Comm. Exp. 5/17/22

Warren County

State of Ohio



SUNITA RAKHEJA
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 05-17-22

9/9/21

## CINCINNATI CHILDRENS

## AFFIDAVIT OF MAGGIE O'BRYON

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a Registered Nurse at Cincinnati Children's in their NICU.

2. On our children's website, our employee health was only giving us information on where and how to get a vaccine for weeks. Once the exemption forms were available, they only gave 2 weeks to complete them and were extremely difficult to access. Nowhere did they list an exemption tab or a questions/concerns tab where they have previously with flu shots, etc.

3. In regards to the religious exemption form, I have received exemption due to my religious beliefs. However, the form I filled out disrespected me and anyone else of their religious beliefs by interrogating the veracity of our faith, and by proclaiming they want "evidence" of our religious beliefs. Never have I been so hurt and disrespected before, and this is by the organization I work for.

4. They are asking for travel nurses who are vaccinated to come and work in the NICU for over $2800/week and will hardly approve incentive for their own nurses which is roughly an extra $20/hr. They claim that this is "better financially." However, it would be financially better to provide incentive and keep current nurses instead of paying to train/orient, board, and pay travel nurses.

5. If I do not get the vaccination by the October 1, 2021 deadline, I could be terminated from my job. I am a hardworking and dedicated nurse. The job that I have fallen in love with and have worked so hard for, has given me an ultimatum to chose my faith and my body or my job. Last year we were heroes and now we are criminals, incompetent workers, "horrible nurses" as some of my coworkers have described their unvaccinated colleagues. My own colleagues have also mentioned we should "lose our license" and "do not deserve to work in healthcare." The bullying and harassment in the breakroom and out on the unit has been very inappropriate and unprofessional.

6. On 7/28/21, I received an email from our director of nursing who made us aware of the increase in COVID cases among children's employees. She provided us with these statistics:

    a. Roughly ~52% of employees have been vaccinated
    b. 65% of the employees that have tested positive for COVID-19, since vaccination has been available, have had the covid vaccination

I will not endanger myself and increase my chances of being infected with COVID-19 from a vaccination that clearly the vaccine infects those who get it and causes an increase in cases.

7. The patients and their families are going to suffer the most if Cincinnati Children's decides to terminate ~48% of employees. There will be inappropriate patient to nurse/provider ratios that will lead to mistakes, injuries, and deaths. Cincinnati Children's is putting our patients in danger and that is the most unethical decision out of all of this.

Further, Affiant Sayeth Naught.

_____
MARGARET O'BRYON

### NOTARY

Sworn to and subscribed before me, by Margaret O'Bryan this 16 day of September 2021.

_____
Notary Public
My Comm. Exp. 10/03/2022
Clermont County
State of Ohio

## CINCINNATI CHILDRENS

## AFFIDAVIT OF CHRIS SCHUH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been an employee at Cincinnati Childrens Hospital Medical Center for 13 years.

2. I do not want to be injected with the covid vaccination.
3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.
4. The Covid vaccine is supposed to be in clinical trials until 2023 according to the FDA.

5. There are a lot of good employees at Cincinnati Childrens who are worried about employer retaliation if we speak up on this topic.

Further, Affiant Sayeth Naught.

*[signature]*
CHRIS SCHUH

### NOTARY

Sworn to and subscribed before me, by _Chris S Schuh_ this _7_ day of _September_ 2021.

*[notary seal: SALLY L. BRINKMAN, Notary Public, State of Ohio, My Commission Expires March 15, 2025]*

*[signature]* Sally F Brinkman
Notary Public
My Comm. Exp. 03-15-2025
_Butler_ County

State of _Ohio_

# AFFIDAVIT OF SUZANNE THOMAS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed at Cincinnati Children's Hospital for 17 years.

2. We are being told we violate our "cares standards" if we do not comply.

3. The decision to force me to take the vaccine or be terminated sickens me beyond belief.

4. We are being told that "Almost 90 percent of people who have received the vaccine have had no side effects. Of the other 10 percent, participants reported having headaches, fever and injection-site pain for a few days after receiving it, all of which can be addressed by taking an over-the-counter pain reliever."

5. I personally know people who have received the vaccine months ago and continue to experience debilitating side effects and refuse to allow any person or organization to force me to inject an experimental drug into my body.

6. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Suzanne Thomas_
SUZANNE THOMAS

## NOTARY

Sworn to and subscribed before me, by Suzanne Thomas this 3rd day of September 2021.

Notary Public
My Comm. Exp. 9/30/2025

Butler County
State of Ohio

SHIRLEY L WURZELBACHER
Notary Public, State of Ohio
My Commission Expires
September 30, 2025

## AFFIDAVIT OF BRENDALEE TRAVIS
## CINCINNATI CHILDRENS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employee of Cincinnati Childrens Hospital Medical Center.

2. I work remotely as a Medical Coder.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. I am healthy and have not had covid or symptoms of covid.

5. I am in fear of retaliation for seeking help, however, I am ultimately going to lose my job after the October 1, 2021 covid vaccination deadline.

6. I am a single income home and can't afford to lose my job.

7. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

8. I have submitted a medical exemption and have not received a response of acceptance.

Further, Affiant Sayeth Naught.

_____
BRENDALEE TRAVIS

## NOTARY

Sworn to and subscribed before me, by Brendalee Travis this 3 day of September 2021.

_____
Notary Public
My Comm. Exp. 12-5-23

Kenton County
State of Kentucky

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

# AFFIDAVIT OF THOMAS WRIGHT
## CINCINNATI CHILDRENS HOSPITAL MEDICAL CENTER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed by Cincinnati Childrens Hospital Medical Center since 2006.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. In the maintenance department where I work at Cincinnati Childrens, we wear masks and have been mandated to receive the Covid vaccination, however, we have never been required to follow CDC guidelines regarding quarantine or contact tracing.

4. I could be exposed to Covid19 at home and still come into work as long as I do not have a fever.

5. When I personally was diagnosed with Covid19 I was instructed not to inform anyone.

6. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Thomas Wright_
THOMAS WRIGHT

## NOTARY

Sworn to and subscribed before me, by _Thomas Wright_ this _12th_ day of _September_ 2021.

_____
Notary Public
My Comm. Exp. _11/18/2025_

_Hamilton_ County

State of _Ohio_

TIM NEWTON
NOTARY PUBLIC
STATE OF OHIO
HAMILTON COUNTY
My Commission Expires 11/18/2025