# AFFDAVITS OF CHRIST HOSPITAL EMPLOYEES

### AFFIDAVIT OF AMANDA BAGBY
### THE CHRIST HOSPITAL HEALTH NETWORK

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I work as a registered nurse at The Christ Hospital.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

AMANDA BAGBY

### NOTARY

Sworn to and subscribed before me, by _A mANDA BAGBY_ this _14_ day of _September_ 2021.

Notary Public
My Comm. Exp. _3 - 13 - 2022_
_Hamilton_ County

State of _Ohio_

BETH A. TENKOTTE
Notary Public, State of Ohio
My Commission Expires 03-13-2022

## THE CHRIST HOSPITAL

## AFFIDAVIT OF DAWN BURNS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I work as a registered nurse at The Christ Hospital.

3. I am scared for my health, and I should have freedom to make my own health choices.

4. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

5. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Dawn Burns_
**DAWN BURNS**

NOTARY

Sworn to and subscribed before me, by _Dawn Burns_ this _10_ day of _Sept_ 2021.

Notary Public
My Comm. Exp. ____

**KEN TYE**
Notary Public, State of Ohio
My Commission Expires
November 28, 2022

Clermont County
State of _Ohio_

## AFFIDAVIT OF MONIKA DADOSKY
## THE CHRIST HOSPITAL HEALTH NETWORK

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I have been employed at The Christ Hospital for 29 ½ years.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

MONIKA DADOSKY

**NOTARY**

Sworn to and subscribed before me, by _Monika Dadosky_ this _13_ day of _September_ 2021.

Notary Public
My Comm. Exp. _12-5-23_

_Kenton_ County

State of _Kentucky_ .

## THE CHRIST HOSPITAL

### AFFIDAVIT OF JILL DELPH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. I signed a retention bonus agreement at the end of June 2021 prior to being informed of a Covid vaccine mandate.

4. If a religious or medical exemption is approved, The Christ Hospital is mandating weekly testing. I am not willing to be tested weekly if I am not experiencing any illness symptoms.

5. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
JILL DELPH

### NOTARY

Sworn to and subscribed before me, by _Jill DelPH_ this _9th_ day of _September_ 2021.

_____
Notary Public
My Comm. Exp. _3-14-2024_
_Boone_ County _State of Large_

State of _KY_

H. DOUGLAS ROUSE
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
NOTARY ID# KYNP4903
MY COMMISSION EXPIRES MARCH 14, 2024

## THE CHRIST HOSPITAL

## AFFIDAVIT OF RACHEL HAMLIN

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I am employed as a registered nurse.

3. The Christ Hospital has stated that exemptions will be available for those who apply and are approved, however, anyone approved to work without the vaccine will be required to have a minimum of one covid test each week to keep their job.

4. I am appalled by the Covid vaccine mandate, especially considering the CDC is saying that vaccinated individuals can transmit the virus, particularly the new Delta variant, to others.

5. The Christ Hospital has stated that antibody testing to prove natural immunity is worthless to them as they do not know how long natural immunity lasts.

6. I do not wish to be discriminated against or forced to comply with a ridiculous coercion tactic when I have no signs or symptoms of Covid infection, and my coworkers are exempt for no reason.

7. I am being told to "follow the science," and that is what I am attempting to do.

8. "I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum."

9. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

RACHEL HAMLIN

NOTARY

Sworn to and subscribed before me, by _Rachel Hamlin_ this _16_ day of _September_ 2021.

BRIAN D. ARMACOST
Notary Public, State of Ohio
My Commission Expires
April 22, 2022

Notary Public
My Comm. Exp. 4-22-2022

_Butler_ County
State of _Ohio_

## AFFIDAVIT OF KAITLIN RAWE
## CHRIST HOSPITAL

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at Christ Hospital.

2. Christ is making "contingency" plans if they lose a lot of staff.

3. I have overheard the plans for the physician offices: "If we lose a bunch of Medical

   Assistants, we will hire "office assistants" to work 100% remote on telephone messages.

   (Credentials unspecified.)

   a. If they hire the office assistants to handle the telephone messages, "this will allow

      the medical assistant to work with more than one provider in the office."

4. If this were to happen, the "office assistants" will need to deliver clinical

   results/instructions to patients.

5. I do not want to be injected with the covid vaccination and I do not want to be forced

   with this ultimatum.

6. If I do not get the vaccination by my employer's deadline, I will be terminated from my

   job.

Further, Affiant Sayeth Naught.

_Kaitlin M. Rawe_
KAITLIN RAWE

NOTARY
Sworn to and subscribed before me, by _Nicholas Haywood_ this _8th_ day of
_September_ 2021.

_[signature]_
Notary Public
My Comm. Exp. _09/21/24_
_Campbell_ County
State of _Kentucky_

NICHOLAS J. HAYWOOD
Notary Public
Commonwealth of Kentucky
Commission Number KYNP15608
My Commission Expires Sep 21, 2024

**AFFIDAVIT OF DONNA SCHAROLD**
**CHRIST HOSPITAL**

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed by Christ Hospital as a RN.

2. I turned in an exemption to Christ.

3. I asked the person I was turning it into for them to sign a statement that they received them. They refused to do so.

4. I asked that person their name and was told Geri Harpen, manager of employee health.

5. I put my exemption in an envelope and marked it CONFIDENTAL/COVID EXEMPTION FORMS. I proceeded to seal the envelope in front of Geri and was told they would not accept them in the envelope.

6. I asked Geri why they wouldn't, and she stated that they email them to a committee. I explained this was a violation of my HIPPA rights. She said if she didn't email them to the committee then she would send them to the legal team and could not tell me when they would receive them.

7. I felt bullied and scared my papers would get lost somewhere in the process.

8. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

9. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

10. I am also concerned that they will use my medical exemption as a reason to terminate me some time in the future.

Further, Affiant Sayeth Naught.

_Donna Scharold RN_
DONNA SCHAROLD, RN

## NOTARY

Sworn to and subscribed before me, by _Donna Scharold_ this _14_ day of _september_ 2021.

_Brooke Garrett_
Notary Public
My Comm. Exp. _07/09/2022_
_campbell_ County
State of _Ky_

BROOKE GARRETT
NOTARY PUBLIC
ID# 604370
MY COMM. EXPIRES 07/09/2022

## THE CHRIST HOSPITAL

## AFFIDAVIT OF CYNTHIA SCHMID-PERRY

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I work as a patient access representative at The Christ Hospital.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. I have declined the Covid vaccine based on my religious beliefs.

5. This forced vaccination program violates my most basic and constitutional rights as a citizen.

6. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

CYNTHIA SCHMID-PERRY

**NOTARY**

Sworn to and subscribed before me, by _Cynthia Schmid-Perry_ this _16_
day of _September_ 2021.

_Loretta Little_
Notary Public
My Comm. Exp. _12-5-23_

_Kenton_ County

State of _Kentucky_

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

## THE CHRIST HOSPITAL

## AFFIDAVIT OF SUSAN STREICHER

Comes now the affiant, after being duly sworn and cautioned states as follows:

1.  I am an employee of The Christ Hospital Health Network.

2.  I work remotely from home as an insurance verification access coordinator.

3.  If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

SUSAN STREICHER

NOTARY

Sworn to and subscribed before me, by SUSAN STREICHER this 11TH day of SEPTEMBER 2021.

Notary Public
My Comm. Exp. JULY 13, 2026

HAMILTON County

State of OHIO

DEBORAH A RAHE
Notary Public
State of Ohio
My Comm. Expires
July 13, 2026

## AFFIDAVIT OF SANDRA RENEE SUMME
## CHRIST HOSPITAL

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed by "The Christ Hospital" since January 2015.

2. While working in the operating room last month (and multiple times since then), I was addressed by my nurse manager, who stated, "You are on my list, which vaccine are you planning to get or are you quitting your job?" This dictated inquiry was completely and utterly disrespectful, un-warranted, and inappropriate. When considering that during last year's "wave of COVID" I was personally exposed on multiple occasions while working on the job. I took care of patients frequently who were positive for COVID and required specialized care in the operating room. I never one time hesitated to go and do my job and provide the best care possible for these sick patients. After caring for one of such patients, I began to exhibit signs and symptoms indicating to me I had contracted the COVID 19 virus. I called employee health to report such instance along with the symptoms I was experiencing. I was told I did not have a "high enough temperature". I was told I did not need to be tested and instructed to report for duty, which I did without complaint, all the while being provided with ill-fitting N-95 masks, and/or masks that were cleaned then reused multiple times, yet never once did I hesitate to jump in and provide any care needed to our COVID 19 patients. I did not feel my safety was a concern of my employer then, and there was only minimal concern for the safety of our patients, after employee exposure with positive symptoms. Now I am being demanded of, to get this new vaccine or I am fired!? I do not feel this is in any way a righteous or a respectful action being forced on Christ Hospital Employees by our management team.

3. I understand the goal in mind is to protect our patients. I am all for vaccines once they have been tried and true, show effectiveness, and have a long term track record for proving they are safe. My patients' safety is my top priority, but I am seeing that regardless of vaccination status this virus is still being passed around and contracted. Due to the nature of this new type of mRNA vaccine that has been developed less than 1 year ago, and no long term data supporting the effectiveness or the safety of this vaccine, I feel I have the right to decline the vaccine. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum. If I do not get the vaccination by the October 1, 2021 deadline, I am told I will be terminated from my job.

Further, Affiant Sayeth Naught.

Sandra Renee Summe
**SANDRA RENEE SUMME**

## NOTARY

Sworn to and subscribed before me, by *Sandra Renee Summe* this 19th day of September 2021.

## AFFIDAVIT OF NATASHA WILLIAMS
## THE CHRIST HOSPITAL HEALTH NETWORK

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of The Christ Hospital Health Network.

2. I work as a nurse at The Christ Hospital and have been employed there for 21 years.

3. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

4. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

NATASHA WILLIAMS

### NOTARY

Sworn to and subscribed before me, by Natasha Williams this 10th day of September 2021.

Notary Public
My Comm. Exp. 7/12/25

Kenton County

State of Kentucky