# AFFIDAVITS OF MERCY HEALTH EMPLOYEES

## AFFIDAVIT OF BRITTANY ALDRIDGE
## MERCY HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at Mercy Health Clermont.
2. I have noticed that any patient who has had COVID before and was admitted, if they get readmitted, they are automatically marked COVID positive even though the rapid and other tests came back negative.
3. We currently have two patients on my floor that had COVID and tested negative when being admitted, but their chart is marked "COVID POSITIVE."
4. Currently, 68% of our COVID patients have been vaccinated.
5. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
6. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught. *[signature: Brittany Aldridge]*

BRITTANY ALDRIDGE

### NOTARY

Sworn to and subscribed before me, by Brittany Aldridge this 9 day of September 2021.

*[signature: Loretta Little]*

Notary Public
My Comm. Exp. 12-5-23

Kenton County
State of Kentucky

# AFFIDAVIT OF SALENA BARRICKMAN, MERCY HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Mercy Health, The Jewish Hospital and have been employed there for 2 years.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

*Salena Barrickman*
Salena Barrickman, RN

## NOTARY

Sworn to and subscribed before me, by SALENA BARRICKMAN this 17th day of September 2021.

Notary Public
My Comm. Exp. 04/26/2023

Butler County
State of Ohio

MELANIE LAWSON
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES
APRIL 26, 2023

## AFFIDAVIT OF KELSEY BRANDT, RN
## MERCY

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee at Mercy West.
2. I am an emergency room RN.
3. I am very opposed to this vaccine on many levels and will not be forced to take it.
4. I'm willing to walk away from the career I've worked hard for.

Further, Affiant Sayeth Naught.

9/14/2021

*Kelsey D. Brandt*

## NOTARY

Sworn to and subscribed before me, by Kelsey D. Brandt this 14th day of September 2021.

Notary Public
My Comm. Expires

DENA M. ST. JOHN
NOTARY PUBLIC, State of Ohio
My Commission Expires 5-19-22

Hamilton County

State of Ohio

## AFFIDAVIT OF ANDREA KLOPFENSTEIN

### MERCY HOSPITAL

Comes now the affiant, after being duly sworn and cautioned states as follow:

1. I am an employee of <u>The Bon Secours/Mercy hospital</u> and have Been employed there for <u>6</u> years.
2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
3. If I do not get the vaccination by the December 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

*Andrea Klopfenstein* (signature)
Andrea Klopfenstein

### NOTARY

Sworn to and subscribed before me, by

14th This day of September 2021.

Notary Public  EASAM SHTEIWI
My Comm. Exp. Sep, 22, 2025

WARREN County
State of OHIO



*Kathy A Berthold*
Notary Public
My Comm. Exp.

KATHY A. BERTHOLD
Notary Public State of Ohio
My Commission Exp. Aug. 7, 2023

Butler County

State of Ohio

## AFFIDAVIT OF PAMELA VOLKER
## MERCY HEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at Jewish Hospital/Mercy Health as a RN.

2. The young RN's and employees that I work with are folding due to fear of losing their jobs and going ahead and receiving the mandated vaccination.

3. I used to be able to see screenshots of the tab showing covid positive/negative and vaccinated status of patients on the COVID floor PCU, but no longer can see it.

4. I don't want to administer the vaccine to patients because I don't feel it is safe due to their current illness for being hospitalized causing the possibility of higher side effects and/or reactions.

5. I feel patients should follow up with their PCP after discharge to receive the first injection and scheduling of the second

6. I do not want to be liable and in good conscience don't want to be responsible should they have side effects and/or reactions.

7. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

8. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Pamela Volker RN_
PAMELA VOLKER, RN

NOTARY

Sworn to and subscribed before me, by Pamela Volker this 16th day of September 2021.

_____
Notary Public
My Comm. Exp. 07/21/2025
Campbell County
State of Kentucky

BRIAN A. FOLTZ
Notary Public
Commonwealth of Kentucky
Commission Number KYNP31206
My Commission Expires Jul 21, 2025

## AFFIDAVIT OF Pamela Volker

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Jewish Hospital and have been employed there for 32 years.
2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

*Pamela Volker*

## NOTARY

Sworn to and subscribed before me, by _Pamela Volker_ this _16th_ day of _September_ 2021.

Notary Public
My Comm. Exp. _7/21/2025_

_Campbell_ County
State of _Kentucky_

BRIAN A. FOLTZ
Notary Public
Commonwealth of Kentucky
Commission Number KYNP31206
My Commission Expires Jul 21, 2025