# AFFIDAVITS OF TRIHEALTH EMPLOYEES

## AFFIDAVIT OF KATHLEEN FICKER
## TRIHEALTH / GOOD SAMARITAN HOSPITAL

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed by TriHealth for 22 years and I am currently a Lead Radiation Therapist at Good Samaritan Hospital.
2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
3. I am Catholic and the covid vaccine goes against my religious and moral conscience.
4. Good Samaritan Hospital is a Catholic Hospital under (CHI).
5. I submitted two religious exemptions to TriHealth/Good Samaritan Hospital in order to keep my job.
6. TriHealth/Good Samaritan Hospital denied both of my religious exemption requests.
7. I had an anaphylactic reaction to the flu vaccine in 2010.
8. During a well check with my primary care physician, Dr. Robert Altenau, I was informed by him that I am at an increased risk for another reaction to a vaccine.
9. I attempted to get a medical exemption by Dr. Robert Altenau, as he is aware of my medical history and complications with vaccines.
10. Dr. Altenau is a TriHealth physician and refused to sign my medical exemption.
11. I saw my other treating physician, who does NOT recommend the covid vaccine considering my medical history.
12. My doctor signed my medical exemption forms and I submitted the forms to TriHealth
13. TriHealth denied my medical exemption request on September 16th, 2021.

14. Throughout this "pandemic" and over the last 20 months while working at Good Samaritan Hospital, I have not missed a single day of work due to illness

15. I am more at risk for vaccine injury than getting Covid, as it has over a 99% survival rate.

16. The Covid vaccine is not safe for me.

17. The Covid vaccine is still experimental.

18. The FDA approved Covid vaccine, Comirnaty, is not being manufactured and is not available in the USA.

19. The only vaccines available are the Emergency Use Authorization/EUA vaccines.

20. I have the right to refuse the vaccine.

21. No business can force EUA vaccine injections.

22. I feel that my civil rights have been violated and I've been discriminated against by my employer based on the declinations of my religious and medical exemptions.

23. If I do not get the vaccination by the October 31, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

*Kathleen Ficker*
KATHLEEN FICKER

## NOTARY

Sworn to and subscribed before me, by Kathleen Ficker this 17th day of September 2021.

Notary Public
My Comm. Exp. Jan 14, 2025

MARK RIAD
Notary Public, State of Ohio
My Commission Expires
January 14, 2025

Hamilton County
State of OHIO

# AFFIDAVIT OF LYNN HECKER
## TRIHEALTH - BETHESDA NORTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employed as a registered nurse at Bethesda North.

2. I do not want to be injected with the Covid vaccination and I do not want to be forced with this ultimatum.

3. Up until August, 2021, Bethesda North has not labeled Covid pending/positive patients' doors, as they do for MRSA or influenza for example on the mother baby unit. This is simple signage that is on the outside of hospital doors that informs healthcare providers of the proper personal protective equipment they need to wear when going into a patient's room.

4. As of September 8, 2021, Bethesda North has not provided available PPE outside a Covid positive patient's room as they do with other isolation admissions. Instead, the personal protective equipment is hiding in a vacant room rather than being readily available.

5. Bethesda North provided employees with a face shield to reuse. Employees in my department would have to carry the shields with them or wear them room to room, including into Covid negative patients' rooms after being in a Covid positive patient's room and I was not provided instruction to even clean the shield after using.

6. Bethesda North has not educated interpreters with the use of proper masks for Covid pending patients allowing them to be in a labor and delivery room for hours using only a cloth mask, and eventually coming down to the mother baby unit with the patient, still only wearing a cloth mask.

7. If a patient had a pending Covid test, employees were supposed to treat them as a positive case until results returned. However, it was up to personal discretion on how to wear PPE on the mother baby unit.

8. Bethesda North does not test visitors who will be spending the night on the mother baby unit to determine if they are not Covid positive. Often there would be a support person who is visibly sick in the room.

9. Through the summer, I was instructed that Bethesda North was only testing non-vaccinated admissions into the labor and delivery unit.

10. My manager knowingly had Covid last year and still came into our office. She rounded with me on 11/23 - the day before Thanksgiving for thirty minutes, coughing and half-wearing her mask which kept falling off her nose in a small, closed, private office. I received an email on 12/4 stating verbatim: "As some of you may know, I tested positive for covid before Thanksgiving. I have been cleared by Employee Health to return. It is important to let you all know that I thought I only had a cold. I never lost sense of taste or smell, never had a fever, never had body aches. I simply had a runny nose and a productive cough. My daughter and husband also tested positive all at the same time. My reason for telling everyone is that if you have any symptoms at all, please get tested, because you just never know"

11. My manager sent an email stating she had tested positive prior to this, yet she still came to work.

12. I complained to upper management, however they only replied with a very scripted response and nothing was done.

13. My manager asked to speak with me privately. When I entered her office, she informed me that I had shown up on a list of non-vaccinated and asked me what my plans were. I told her I had no intentions of getting the vaccine, after a 10 minute discussion of which I documented separately, she asked me if I would file for a religious exemption, and I replied I was not sure yet. She encouraged me to do so as management is getting worried about the number of nurses who will be forced to leave because they are refusing the

shot. She also sent me an email encouraging me to file for an exemption soon as the deadline to file the exemption is 9/17/21.

14. If I do not get the vaccination by the October 31, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
LYNN HECKER

**NOTARY**

Sworn to and subscribed before me, by ___Lynn Hecker___ this __14__ day of __September__ 2021.

_____
Notary Public
My Comm. Exp. __June 30 2025__

__Hamilton__ County
State of __OH__

## AFFIDAVIT OF PHIRIN KENNEDY
## TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employed by TriHealth for over 6 years.
2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
3. If I do not get the full vaccination by the October 31, 2021 deadline, I will be terminated from my job.
4. I attempted to get a medical exemption from my long time OBGYN, who is also a TriHealth physician.
5. My husband and I have been trying to conceive for approximately three years without success.
6. I have been under the care of my TriHealth OBGYN for years, and she is well aware of my continued and failed attempts to conceive another child.
7. My OBGYN is well aware of my desire to have another child and how important this is to me.
8. I have been prescribed multiple rounds of two different fertility drugs, which have not been successful.
9. There are still more options available to help me conceive and I fear the covid vaccine will interfere with my conception.
10. On August 30, 2021, I had an appointment with my OBGYN.

11. During this appointment, I asked my OBGYN for a referral to see a fertility specialist, and also discussed my need for a medical exemption relating to the covid vaccine mandate.

12. My OBGYN made a number of alarming statements:

    a. She "promised" me that the covid vaccination would not cause infertility.

    b. She told me that she was "not allowed" to grant medical exemption for fertility issues.

    c. She stated the *only* medical exemption that can be granted is for "documented allergies to the covid vaccine," which would imply that a person had already taken the first dose of the multidose covid vaccine.

    d. When pressed, she stated her "hands are tied," and that she was merely "a cog in the wheel."

13. My OBGYN encouraged SSRIs for my "anxiety/depression."

14. I am not clinically depressed and do not usually experience anxiety.

15. My recent anxiety is rooted in TriHealth mandating me to get an experimental, DNA altering, forced covid vaccination.

16. I made it perfectly clear to my OBGYN that my anxiety and emotional state was the result of the TriHealth mandate and the mandate only.

17. My appointment was not for anxiety or any other mental health matters, except those caused by my employer.

18. My anxiety could have been greatly alleviated if my OBGYN had been ALLOWED to practice medicine based on the professional standard of care and make her OWN

determination as to whether a medical exemption was warranted for my specific situation.

19. In a small attempt to help me with the mandate I'm being faced with, my OBGYN brainstormed other potential employers who would not require vaccination. She even went as far as to recommend a health system that she believed did not require a covid vaccine.

Further, Affiant Sayeth Naught.

PHIRIN KENNEDY

## NOTARY

Sworn to and subscribed before me, by PHIRIN KENNEDY this 18th day of SEPTEMBER 2021.

Notary Public
My Comm. Exp. 12-30-2023

HAMILTON County

State of OHIO

## AFFIDAVIT OF BRIAN SCHMADEL
## TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a current employee at Trihealth.
2. Trihealth is trying to bribe its workers to get the vaccine.
3. I do not want to be injected with the covid vaccination and I do not feel safe taking a vaccine that is not approved by the FDA.
4. If I do not get the vaccination by my employer's October 31, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

*[signature]*

### NOTARY

Sworn to and subscribed before me, by BRIAN SCHMADEL this 12th day of SEPTEMBER 2021.

*Lori Link*
Notary Public
My Comm. Exp. 07-21-25

HAMILTON County

State of OHIO

LORI LINK
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
07-21-25

# AFFIDAVIT OF TriHealth

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of ____TriHealth____ and have been employed there for 7.5 years.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job. (or a 12-weeks postpartum deadline of 9/15/21)

Further, Affiant Sayeth Naught.

*Jennifer B. Siders*
Jennifer B. Siders

## NOTARY

Sworn to and subscribed before me, by JENNIFER SIDERS this 15th day of SEPTEMBER 2021.



**CAROL A. PICKLESIMER**
Notary Public, State of Ohio
My Commission Expires
May 22, 2022

*Carol A. Picklesimer*
Notary Public
My Comm. Exp. 5/22/2022

WARREN County

State of OHIO

# AFFIDAVIT OF CHERYL STORCH

## TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Trihealth and have been employed there for over three years; however I have been a nurse for over 21 years.
2. I do not want to be injected with the COVID-19 vaccination and I do not want to be forced with this ultimatum.
3. If I do not get the vaccination by the October 31, 2021 deadline, I will be terminated from my job.
4. I do not approve of injecting a substance into my body that has no long term studies available nor does the study have a control group to compare outcomes.
5. I am not anti-vaccine, I am only anti-COVID-19 vaccine until studies provide sufficient evidence this is safe, effective, and the long term (10 years) studies are provided.
6. I have medical conditions that warrant an exemption, however I do not wish to be forced to test weekly in order to continue to work, as the testing is invasive and has been proven to be inaccurate.

Cheryl Storch RN, BSN

*(signed)* Cheryl Storch RN, BSN

## NOTARY

Sworn to and subscribed before me, by Cheryl Storch this 22nd day of September 2021.

*(signed)* Amy Smith
Notary Public

[Seal: AMY SMITH - NOTARY PUBLIC, STATE OF OHIO, COMM. EXP. FEB 15, 2026]

## AFFIDAVIT OF CAROLYN TRAUTH
## TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at TriHealth as a Physical Therapist.
2. I have worked in this field for 28 years.
3. I have requested a religious exemption but have not received a response yet.
4. I have requested a medical exemption and was denied by my Rheumatologist, Dr. Saoudian.
5. I have expressed my concerns about adverse affects to upper management, including Mark Clement.
6. I have been denied a medical exemption from my primary care doctor, Dr. Rechtin and was denied. I was told everything in life is associated with potential serious side effects. I was given examples of "fatal car accidents, murder, accidents on amusement park rides, etc."
7. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.
8. If I do not get the vaccination by my employer's deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

CAROLYN TRAUTH

## NOTARY

Sworn to and subscribed before me, by  Carolyn Trauth  this  10  day of  September  2021.

_____
Notary Public
My Comm. Exp. 10/03/2022
Clermont County
State of Ohio

[Notary Seal: JOSHUA R MOELLER, NOTARY PUBLIC, COMM. EXP. OCTOBER 03, 2022, STATE OF OHIO]

### AFFIDAVIT OF COURTNEY WHALEN
### TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of Trihealth and have been employed there for 3 years.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____ (signature)

### NOTARY

Sworn to and subscribed before me, by Courtney Whalen this 19th day of Sept. 2021.

_____
Notary Public
My Comm. Exp. 05/12/24

Adams County
State of Ohio

## AFFIDAVIT OF ELISSA BUONPANE
## TRIHEALTH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am an employee of TriHealth and have been employed there for seven years on October 6, 2021.

2. I do not want to be injected with the covid vaccination and I do not want to be forced with this ultimatum.

3. If I do not get the vaccination by the October 30, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_____
ELISSA BUONPANE

### NOTARY

Sworn to and subscribed before me, by *Elissa Buonpane* this *27* day of *September* 2021.

_____
Notary Public
My Comm. Exp. **12-5-23**

**Kenton** County
State of **Kentucky**