IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)

| | | |
|---|---|---|
| KIMBERLY HARSMAN, et al., | : | Case No. 1:21-cv-00597-TSB |
| | : | |
| Plaintiffs, | : | (Judge Timothy S. Black) |
| | : | |
| v. | : | |
| | : | REPLY TO HOSPITAL |
| CINCINNATI CHILDREN'S HOSPITAL | : | RESPONSES |
| MEDICAL CENTER, et al., | : | |
| | : | |
| Defendants. | | |

Comes now Plaintiffs, by and through counsel, and for their Reply to the Hospital Responses WITHDRAWS their request for REMAND.

While the Plaintiffs have a right to do so without comment, Plaintiffs are withdrawing their request out of time constraints and after further thought, the desire not to exclude non-Ohioans from the class.

This Court indicates an interest in deciding the Motion timely. Judge Cross of Hamilton County had set of hearing on October 4, after the deadline for UC Health and Christ.

The following are now the Defendants' deadlines:

Mercy-         December 1 (Second Shot)

UC Health-     October 1

Children's-    November 1

TriHealth-     October 31

Christ-        October 1

Plaintiffs also attach a copy of the Motion for Reconsideration they have filed on Judge Bunning's Order since Defendants have submitted the Order (**Exhibit 1**). We are

including **Exhibit 1** to **Exhibit 1**, but not attaching **Exhibit 2**, which are St. Elizabeth affidavits.

          Respectfully submitted,

          /s/Glenn Feagan\
          Glenn Feagan (#0041520)\
          Deters Law II\
          5247 Madison Pike\
          Independence, KY 41051\
          (859) 363-1900\
          gfeagan@feaganlaw.com\
          Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

          /s/Glenn Feagan\
          Glenn Feagan