# EXHIBIT 1

UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTY BECKERICH, et al.,** | : | Case No. 2:21-cv-00105-DLB-EBA |
| **Plaintiffs,** | : | Hon. David C. Bunning |
| v. | : | |
| **ST. ELIZABETH MEDICAL CENTER, et al.,** | : | **MOTION FOR RECONSIDERATION** |
| **Defendants.** | : | |

Plaintiffs request the Court to reconsider its decision. We plan to appeal to the Sixth Circuit on several issues, but want the Court to reconsider or clarify its Order before we do. One of those issues is the fact that in 2021, St. Elizabeth Medical Center is a non-profit; as a facility is taking Medicare and Medicaid patients and payments; is ordering mandates based upon President Biden executive orders and requirements and is accepting massive PPE and Cares Act funds. **Exhibit 1.** This was also **Exhibit 1** to the Complaint. St. Elizabeth is NOT a private employer. In fact, as St. Elizabeth points out, the President's mandate regarding 100 or more employees also applies to Plaintiffs. St. Elizabeth is a community hospital. It has no shareholders. It has no ownership. It is governed by a community Board. It is NOT private. These facts were pled and are supported by the evidence. The National Guard is even "helping" out as reported every day.

The Court on page 5 states: "The Supreme Court has made clear that a "private entity may qualify as a state actor when it exercises powers traditionally exclusively reserved to the state." No area of the U.S. economy since Obamacare become more "state" than healthcare.

In addition, the Court while claiming no politics did adopt the political position of the "left" in this country. The Court used these words on page 1 of its Order, "unprecedented global pandemic." This is NOT the position of Plaintiffs pled this and had witnesses prepared to testify to it. In addition, the affidavits filed supported this. The Court admits on page 3 of its Order: "The decision to grant or deny injunctive relief falls solely within the discretion of the district Court." The Court used that "discretion" to adopt the political left position.

The Court mentioned not wanting to be an activist Judge at the hearing. The country changes. Dred Scott was considered property. When the Supreme Court changed that "law" was that "activism?" Segregation in schools was legal, until it was not. The examples are countless. In 2021, government has taken over the "non-profit" hospitals.

On medical exemptions, the Court simply took the hospital's word on them without allowing testimony to refute their facts. Also "poaching" was NOT the main argument on corruption of the process. The main argument, absent from the Court's Order is that the hospital ordered their physician's group to deny medical exemptions. **Exhibit 2** are relevant affidavits on this issue filed in the record and it was also pled. As a result, many in the class did not even attempt a medical exemption, some were denied, few were accepted. Also, April Hoskins was not granted a medical exemption. She was given an extension. Also, members of the class were denied religious exemptions.

The Court wrote: "Lastly, no Plaintiff in this case is being forcibly vaccinated." No. They simply are being asked to choose a vaccination or their career. To claim that no one in this country now is not being forcibly vaccinated is disingenuous.

The Court takes great pains attempting to dissecting the difference of a "foreign substance" which would or would not make a difference. Is the law going to be "depends on what foreign substances?"

The "greater good" is the most ambiguous of phrases. The Court adopts the left's position. Individual liberty is more important than the "greater good" as defined by the left. There is NO harm to others to be concerned about based upon the proof Dr. Stock, Dr. Grunkemeyer and Dr. Waselenko were prepared to testify about but were denied.

Also, *Jacobson* is NOT the same as the Covid 19 vaccines as distinguished in Plaintiffs' filings. Again, our witnesses were prepared to offer testimony on this and were denied.

The Court uses the words on page 180 "suspicious cannot override the law." Do facts? They are facts, not suspicions. Our witnesses were prepared to offer testimony and were denied.

The flu vaccine also is NOT the Covid 19 vaccine. Again, our witnesses were prepared to offer testimony and were denied.

The Court failed to even mention that St. Elizabeth's doctors do not want their workers to take the vaccine and the hospital lied about the reason for it. Dr. Grunkemeyer was subpoenaed by Plaintiffs and denied the right to testify. Defendants submitted information the Court accepted, and the Plaintiffs were not allowed to refute it with their witnesses.

The Court also IGNORES that a non-approved vaccine can't be mandated. The only vaccine "FDA approved" is not an option, because it's not being produced. Again, our witnesses were prepared to offer testimony on this and were denied.

As is going on every day, the media, the hospitals and corporate America gets away with simply stating their position and no one is allowed to refute it. Not even in Court.

                                                                                      Respectfully Submitted,

/s/ Dominick Romeo  
Dominick Romeo (97754)  
Attorney for Defendant  
5247 Madison Pike  
Independence, KY 41051  
(859) 363-1900

## **CERTIFICATE OF SERVICE**

    Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on this 28th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                */s/ Dominick Romeo*  
                                                Dominick Romeo

# EXHIBIT 1

| Provider Name | State | Provider Relief Fund | AAP | Total |
|---|---|---|---|---|
| ST ELIZABETH MEDICAL CENTER, INC | Kentucky | $67,360,199 | $104,992,179 | $172,352,378 |
| BETHESDA HOSPITAL, INC. (TRIHEALTH) | Ohio | $107,139,964 | $54,906,072 | $162,036,036 |
| UNIVERSITY OF CINCINNATI MEDICAL CENTER LLC | Ohio | $60,149,438 | $99,135,673 | $159,285,111 |
| THE CHRIST HOSPITAL | Ohio | $42,549,094 | $91,694,926 | $134,244,020 |
| THE GOOD SAMARITAN HOSPITAL OF CINCINNATI, OHIO (TRIHEALTH) | Ohio | $46,801,403 | $51,877,170 | $98,678,573 |
| CHILDREN'S HOSPITAL MEDICAL CENTER | Ohio | $92,403,258 | $0 | $92,403,258 |
| MERCY HEALTH - WEST HOSPITAL, LLC | Ohio | $22,316,441 | $26,338,185 | $48,654,626 |
| MERCY HEALTH-FAIRFIELD HOSPITAL LLC | Ohio | $17,355,285 | $13,616,179 | $30,971,464 |
| MERCY HEALTH - ANDERSON HOSPITAL, LLC | Ohio | $4,899,703 | $22,566,390 | $27,466,093 |
| ST ELIZABETH FT THOMAS (High Impact Covid Fund) | Kentucky | $2,423,220 | $12,527,338 | $14,950,558 |
| MERCY HEALTH-CLERMONT HOSPITAL, LLC | Ohio | $3,339,037 | $9,947,769 | $13,286,806 |
| UNIVERSITY OF CINCINNATI PHYSICIANS COMPANY LLC | Ohio | $3,425,578 | $8,256,207 | $11,681,785 |
| MERCY HEALTH PHYSICIANS CINCINNATI LLC | Ohio | $9,153,780 | $0 | $9,153,780 |
| TRIHEALTH PHYSICIAN ENTERPRISE CORP. | Ohio | | | |
| MERCY HEALTH - WEST HOSPITAL (High Impact Covid Fund) | Ohio | $7,749,513 | $0 | $7,749,513 |
| TRIHEALTH G LLC | Ohio | $6,794,702 | $0 | $6,794,702 |
| TRIHEALTH HOSPITAL, INC. | Ohio | | | |
| MERCY HEALTH PHYSICIANS KENTUCKY LLC | Kentucky | $689,797 | $2,146,668 | $2,836,465 |
| ST ELIZABETH HOME CARE SERVICES LLC | Kentucky | $506,928 | $1,944,033 | $2,450,961 |
| CHRIST HOSPITAL MEDICAL SPECIALISTS II, LLC | Ohio | $1,969,935 | $0 | $1,969,935 |
| BETHESDA HEALTH AND REHAB CENTER, INC. | Ohio | $434,636 | $0 | $434,636 |
| BETHESDA MRI LLC | Ohio | $95,933 | $233,459 | $329,392 |
| **Totals** | | $497,740,899 | $500,082,270 | $1,017,179,205 |